```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0136--CR (JKS)
                              "USA V LAWRENCE DARWIN"
                              DEF 1.1 DARWIN, LAWRENCE

      In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 09/20/00
              Closed: 01/22/01
  No. of Defendants: 1
      MJ Case Number: A00-0110--MJ
                 AKA:
     Location status: Fugitive
          Trial date:
          Terminated: YES
   Needs interpreter: NO
    Counsel of record: Sue Ellen Tatter
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 1.1 DARWIN, LAWRENCE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:1344(2) BANK FRAUD (F) | Sentenced (21-1) |
| 1 - 1 IND | 2 | 18:1708 THEFT OF MAIL (F) | Sentenced (21-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A00-0136--CR (JKS)
                           "USA V LAWRENCE DARWIN"

                     In public format, for all filing dates
```

```
    Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/20/00
             Closed: 01/22/01
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/20/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - 1 | 09/21/00 | [Re: DEF 1] Issued WOA. |
| 2 - 1 | 09/21/00 | [Re: DEF 1] AHB Grand Jury Minutes; WOA to issue; in state custody; writ of H/C ad pros to follow; detention per 18:3142(f). |
| 3 - 1 | 10/04/00 | [Re: DEF 1] PLF 1 Petition for Writ of H/C Ad Prosequendem to bring def for hrg, as well as further proceedings, & be returned to SOA Dept of Corr. |
| NOTE - 2 | 10/05/00 | Issued: Writ of H/C ad pros. |
| 4 - 1 | 10/05/00 | [Re: DEF 1] JDR Order GRANTING pet for Writ of H/C. cc: USA, USM, PO |
| 5 - 1 | 10/05/00 | [Re: DEF 1] AHB Minute Order that arr is set 10/10/00 at 10:30 a.m., before MJ Jamin. cc: USA, USM, PO |
| NOTE - 3 | 10/11/00 | Issued: Notice of Speedy Trial Act ddlns. |
| 6 - 1 | 10/11/00 | [Re: DEF 1] Financial Affidavit. |
| 7 - 1 | 10/11/00 | [Re: DEF 1] MDJ Order regarding preparation for trial; disc conf to be held 10/13/00; ptms due 10/24/00. cc: USA, FPD |
| 8 - 1 | 10/11/00 | [Re: DEF 1] MDJ Order of Detention Pending Trial. cc: USA, FPD, USM, PO |
| 9 - 1 | 10/11/00 | [Re: DEF 1] MDJ Court Minutes [ECR: Bonnie Boyer] of arr (held 10/10/00); FPD appointed; def plead not guilty to Cts 1 and 2 of Indt; det uncontested; def detained; ptms due 10/24/00. |
| 10 - 1 | 10/11/00 | [Re: DEF 1] USM Return of WOA executed on 10/10/00. |
| 11 - 1 | 10/12/00 | [Re: DEF 1] PLF 1 Conference certification. |
| 12 - 1 | 10/13/00 | [Re: DEF 1] HRH Minute Order that Judge Holland recuses himself; pursuant to random case assignment, case reassigned to Judge Singleton; please use A00-0136 CR (JKS) on all future filings. cc: USA, FPD, USM, PO, MJ Branson |
| 13 - 1 | 10/16/00 | [Re: DEF 1] JKS Minute Order setting trial by jury for 11/20/00 at 9:00 a.m. and Final PT Conf for 11/15/00 at 4:00 p.m. cc: cnsl, jury clerk |
| 14 - 1 | 10/31/00 | DEF 1 Notice of Intent to change plea. |
| 15 - 1 | 11/01/00 | [Re: DEF 1] JKS Order that a PCOP hrg is scheduled for 11/9/00 at 2:30 pm. cc: USA, FPD, USM, PO, MJ Branson |
| 16 - 1 | 11/13/00 | [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re PCOP hrg (held 11/9/00); def pled guilty to cts 1&2 of Indt; IOS set for 1/26/01 at |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A00-0136--CR (JKS)
                            "USA V LAWRENCE DARWIN"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | 8:30 a.m.; def detained; Trial date of 11/20/00 & FPTC date of 11/15/00 are VACATED. cc: USA, FPD, USM, USPO, MJ Branson, JC |
| 17 - 1 | 11/29/00 | [Re: DEF 1] JKS Minute Order that IOS previously set for 1/26/01 is VACATED & reset for 1/19/01 at 1:30pm. cc:USA, FPD,USM, PO, MJ Branson |
| 18 - 1 | 01/12/01 | DEF 1 Sentencing Memorandum. |
| 19 - 1 | 01/16/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 20 - 1 | 01/22/01 | [Re: DEF 1] JKS Court Minutes [ECR: Bonnie Boyer] re IOS (held 1/19/01); sent 24 mos; SR 60 mos; Restitution $27,095.69; SA $200; def remanded to custody of USM. |
| 21 - 1 | 01/22/01 | [Re: DEF 1] JKS Judgment pleaded guilty to count(s) 1,2 of the Indictment (1-1); sent 24 mos; SR 60 mos; SA $200; Restitution $27,095.69. cc: USA, S. Tatter, USM, USPO, MJ Branson, FLU, L. Darwin w/cnsls cy |
| 22 - 1 | 02/20/01 | [Re: DEF 1] Partial Transcript re: IOS held 1/19/01. |
| 23 - 1 | 07/03/01 | USM Return of writ of habeas corpus ad prosequendum re:DEF 1 from CIPT to USMS/court on 10/10/00 - 01/19/01. |
| 24 - 1 | 04/08/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 4 | 04/10/02 | Issued: writ of execution on PFD. |
| 25 - 1 | 04/01/03 | USM Return of svc on writ of garnishment re: DEF 1 on 4/18/02 no funds. |
| NOTE - 5 | 05/12/03 | Issued: writ of execution re: DEF 1 on PFD. |
| 26 - 1 | 05/12/03 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 27 - 1 | 03/09/04 | USM Return of svc on writ of execution on PFD re: DEF 1 on 5/15/03 no funds available. |
| NOTE - 6 | 05/26/04 | Issued: writ of execution re: DEF 1. |
| 28 - 1 | 05/26/04 | [Re: DEF 1] Application re: writ of execution on PFD. |
| 29 - 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD not on file. |
| NOTE - 7 | 05/27/05 | {SEALED} |
| 30 - 1 | 05/27/05 | {SEALED} |
| 31 - 1 | 05/27/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Singleton |
| 32 - 1 | 07/15/05 | [Re: DEF 1] Return of WOA executed on 6/28/05. |
| 32A- 1 | 07/15/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 8 | 07/18/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 32 - 2 | 07/18/05 | [Re: DEF 1] Statisical Notice of Arrest; defendant arrested 6/28/05. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE A00-0136--CR (JKS)
                   "USA V LAWRENCE DARWIN"
```

In public format, for all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 10/04/05 | [Re: DEF 1] PLF 1 motion to dismiss petition for warrant. |
| 34 - 1 | 10/12/05 | [Re: DEF 1] JKS Minute Order granting motion to dismiss petition for warrant (33-1). cc: USA, USM, USPO |
| NOTE - 9 | 12/06/05 | {SEALED} |
| 35 - 1 | 12/06/05 | {SEALED} |