United States Department of Justice
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska 99513-7558

Date: 06/07/07

To:  U.S. District Court
     U.S. Attorney
     U.S. Probation
     Federal Public Defender

From: Randy M. Johnson
      United States Marshal
      District of Alaska

***NOTICE OF AVAILABILITY***

NAME: Darwin, Lawrence Dwayne

DATE OF BIRTH: 04/26/1977

CASE NUMBER: 3:00-cr-00136 (JKS)

PLACE HELD: ACC-E

REMARKS: Defendant is currently in Spring Creek CC, being transferred to Anchorage Correctional Facility and will be there by the end of the day today (6/15/07).

Subject is in district and can be made available once court has been set.

*REMANDED off FEDERAL DETAINER!*

If necessary, please call David Long at (907) 271-5700 in regards to this notice. Thank you.