```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. __LAWRENCE DARWIN__      CASE NO. __3:00-CR-000136-JKS__
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE: __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER: __SAMANTHA LARK / APRIL KARPER__

UNITED STATES' ATTORNEY: __RETTA-RAE RANDALL__

DEFENDANT'S ATTORNEY: __MICHAEL DIENI FOR MJ HADEN - APPOINTED__

U.S.P.O.: __BETH MADER__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 06/19/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:28 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant.

_X_ Defendant sworn.

_X_ Defendant stated true name: __Lawrence Dewayne Darwin__

_X_ Defendant advised of general rights.

_x_ Financial Affidavit **FILED.**

_X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegation __1 of Petition to Revoke Supervised Release.__

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED.**

_X_ Evidentiary hearing set for **June 25, 2007 at 3:00 p.m.**

_X_ Detention uncontested. Order of Detention Pending Trial **FILED.**

At 1:39 p.m. court adjourned.


DATE: __June 19, 2007__   DEPUTY CLERK'S INITIALS: __sal/amk__

Revised 6-18-07