MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __LAWRENCE DARWIN__     CASE NO. __3:00-cr-00136-JKS__
Defendant: _X_ Present _X_ In Custody ___ On Summons ___ On Bond

BEFORE THE HONORABLE: __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER: __LINDA CHRISTENSEN__

UNITED STATES' ATTORNEY: __TODD MIKILOP__

DEFENDANT'S ATTORNEY: __M.J. HADEN__

U.S.P.O.: __BETH MADER__

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE (DKT 35) Held 6/25/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:03 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant stated true name: __Same as above__

_X_ Defendant **ADMITTED** allegation __1 of the Petition to Revoke Supervised Release__

_X_ Matter to be referred to U.S. District Judge for:
   ___ Evidentiary Hearing   _X_ Final Disposition Hearing

_X_ Defendant's detention continued.

_X_ OTHER: __Court **VACATED** Evidentiary Hearing; Probation Officer requested disposition hearing be calendared to allow her two weeks for the preparation of the Disposition Report.__

At 3:12 p.m. court adjourned.



DATE: __JUNE 25, 2007__     DEPUTY CLERK'S INITIALS: __lc__

Revised 6-18-07