# United States District Court
### for the
# DISTRICT OF ALASKA

RECEIVED
JUN 15 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A00-00136 CR (JKS) |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| Larence Darwin ) | |

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Lawrence Darwin and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

12/15/05
Date

---

**RETURN OF SERVICE**

This warrant was received and executed with the arrest of the above-named defendant at:

OFF DETAINER @ ACC-E
ANCHORAGE, AK

| Date Received: 12/15/05 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 6/15/07 | USMS | R. Snyder |

PROB 12C
(7/93)

SEALED

# United States District Court
## for the
## District of Alaska

Petition for Warrant or Summons for Offender Under Supervised Release

FILED
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____Deput

| | |
|---|---|
| Name of Offender: Lawrence Darwin | Case Number: A00-00136 CR (JKS) |
| Sentencing Judicial Officer: | James K. Singleton, Senior U.S. District Court Judge |
| Date of Original Sentence: | January 19, 2001 |
| Original Offense: | Bank Fraud and Theft of Mail |
| Original Sentence: | Imprisonment for 24 months, with 5 years supervised release |
| Date Supervision Commenced: | August 22, 2003 |
| Asst. U.S. Attorney: Crandon Randell | Defense Attorney: S. Tatter (FPD) |

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on August 25, 2005, the defendant plead guilty to Receipt of Stolen Mail, in violation of 18 U.S.C. § 1708. This violation is a Grade B violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

  [X] Revoked
  [ ] Extended for _____ year(s), for a total term of _____ years.

[ ] The conditions of supervised release should be modified as follows:

Certified to be a true and correct copy
of original filed in my office.
Dated 12-6-05
By REDACTED SIGNATURE eputy

35

-1-

*Petition for Warrant or Summons*
*Name of Offender :        Lawrence    win*
*Case Number         :         A00-00136 CR (JKS)*

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: ~~October 4, 2005~~ 12-1-05

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X] *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.*

[ ]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]    Other:

A00-0136--CR (JKS)           om  12/6/05
--------------------
C. RANDELL (US ATTY)
US MARSHAL
US PROBATION
MAGISTRATE JUDGE ROBERTS
def w/USM cy

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

12/4/05
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio*, 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>) | Case Number: A00-00136 CR (JKS) |
| ) | |
| vs. ) | DECLARATION IN SUPPORT OF PETITION |
| )<br>) | |
| Lawrence Darwin ) | |

I, Beth Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Lawrence Darwin, and in that capacity declare as follows:

The defendant was sentenced to a term of imprisonment for twenty-four months with five years supervised release to follow on January 19, 2001. On August 22, 2003, the defendant's supervision commenced.

On March 4, 2005, the defendant was arrested by the Anchorage Police Department for charges of Forgery in the 2nd degree, Theft in the 3rd degree and Driving With License suspended and Driving With No Insurance.

On August 25, 2005, the defendant plead guilty to the unrelated federal charge of Receipt of Stolen Mail, in violation of 18 U.S.C. § 1708. On November 10, 2005, the defendant was sentenced to 24 months imprisonment with 3 years supervised release and $17,099.80 in restitution.

The defendant is currently residing at the Anchorage Jail.

Executed this 1st day of December, 2005, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Beth Mader
U.S. Probation Officer