MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. LAWRENCE DARWIN          CASE NO. 3:00-cr-00136-JKS
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:          JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:          CRANDON RANDELL

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER FOR MJ HADEN

U.S.P.O.:                         BETH MADER

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 35) HELD JULY 10, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

_X_FINAL DISPOSITION HEARING:

   _X_Supervised Release revoked.

   _X_Defendant imprisoned for a period of 24 months to run
      consecutive with all other cases.

_X_Defendant remanded to the custody of the U.S. Marshal.

_X_OTHER: Appeal rights given.

At 10:37 a.m. court adjourned.

DATE:      July 10, 2007          DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07