
JUL 1 1 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,    AMENDED JUDGMENT IN A CRIMINAL CASE
                             (For Revocation of Probation or
    vs.                      Supervised Release)
                             For Offenses Committed On or After
                             November 1, 1987
LAWRENCE DARWIN.             (Original Judgment filed 01/22/01)
                             Case Number: 3:00-cr-00136-JKS
                             Sue Ellen Tatter
                                     Defendant's Attorney

Defendant's probation officer filed a petition on 12/06/2005 accusing defendant of  1  violation of the conditions of supervision provided in the original judgment. Defendant admitted allegation 1 of the Petition to Revoke Supervised Release . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Commit another crime | 08/25/05 | B |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or
[X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  2  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 10, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
JAMES K. SINGLETON, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

07/11/2007
Date

AO245.REV

Defendant: LAWRENCE DARWIN                  Amended Judgment--Page 2 of 2
Case No.:  3:00-cr-00136-JKS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>24 months, this term to run consecutive with all other cases</u>.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
      [_]   at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_]   before 2 p.m. on _____.
      [_]   as notified by the United States Marshal.
      [_]   as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

                                              _____
                                              United States Marshal

                                          By  _____
                                              Deputy Marshal

AO245.REV